1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  LAMONT A HOUZE II,
11          Plaintiff,                    No. CIV S-07-2363 JAM KJM PS
12      vs.
13  COUNTY OF SACRAMENTO, et al.,
14          Defendants.                   ORDER
15  _____/
16          Plaintiff, proceeding pro se, filed the above-entitled action. The matter was
17  referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).
18          On April 1, 2008, the magistrate judge filed findings and recommendations herein
19  which were served on plaintiff and which contained notice to plaintiff that any objections to the
20  findings and recommendations were to be filed within twenty days. Plaintiff has not filed
21  objections to the findings and recommendations.
22          Although it appears from the file that plaintiff's copy of the findings and
23  recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to
24  keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f),
25  service of documents at the record address of the party is fully effective.
26  /////

1         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

         1. The findings and recommendations filed April 1, 2008, are adopted in full; and

         2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: 9/26/2008

                                           /s/ John A. Mendez
                                           UNITED STATES DISTRICT JUDGE